UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AARON THOMPSON,<br><br>　　　　　　　　　Defendant. | CASE NO. 25-33-TL<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to possess with intent to distribute a controlled substance and possession of a firearm in furtherance of a drug trafficking crime. The Court finds Defendant has failed to overcome the rebuttal presumption that he is both a risk of flight and a danger to the community.

Defendant has criminal history going back to 2003 when he was convicted of criminal possession of a firearm and burglary in the second degree and sentenced to prison. In 2005 he was convicted of Assault in the Second Degree; in 2007 he was convicted of Burglary in the Second Degree and in 2010 he was convicted of a drug offense. His most recent criminal matter

DETENTION ORDER - 1

occurred in 2016 for driving under the influence. Although years have passed since Defendant's last criminal matter, the present allegations show he has continued to engage in serious criminal activity. The government alleges Defendant traveled from Texas to this District in relation to drug trafficking activity. The drug activity resulted in the shooting death of person. After the shooting death, Defendant and his codefendants left the state. Defendant eventually was arrested in the Southern District of Texas on a warrant issued in this case and transported by the US Marshal to this district. Defendant contends he should be released because he has strong ties to Texas where his wife and children. The finds on balance however that those ties are insufficient to support release in this case.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of April, 2025.

DETENTION ORDER - 2

e

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3